IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00144-KDB-DSC

| ELIZABETH IRENE LAIL-MOORE, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| BOSTON SCIENTIFIC CORPORATION et. al., | ) |  |
| Defendants. | ) |  |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Jon C. Conlin and Stephen Hunt, Jr.]" (documents ##40-41) filed September 16, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: September 17, 2020

David S. Cayer
United States Magistrate Judge