IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00144-KDB-DSC

| | |
|---|---|
| ELIZABETH IRENE LAIL-MOORE, ) ) Plaintiff, ) ) v. ) ) BOSTON SCIENTIFIC CORPORATION ) et. al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Motions for Admission *Pro Hac Vice* and Affidavit[s] [for Dawn S. McCord and Ryan C. Brown]" (documents ##45 and 46) filed September 22, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell.

**SO ORDERED**.

Signed: September 23, 2020

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge